UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Civil Action No. 14-119-HRW

JOANIE LEANNE DAVIS,                                                      PLAINTIFF,

## JUDGMENT

CAROLYN COLVIN,
COMMISSIONER OF SOCIAL SECURITY,                   DEFENDANT.

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.   pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
B.   the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
C.   this action is **STRICKEN** from the active docket of the Court.

This 28th day of September, 2015.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge